■ In the Matter of ROBERT PETERKIN, Appellant, v THEODORE REID, as Superintendent of the Fishkill Correctional Facility, Respondent. — In a proceeding pursuant to CPLR article 78 to review a determination of respondent finding that petitioner forcibly sodomized another inmate and imposing a penalty therefor, petitioner appeals from a judgment of the Supreme Court, Dutchess County (Benson, J.), dated November 3, 1983, which dismissed the proceeding.

Judgment affirmed, without costs or disbursements.

Although isolated parts of the transcript of petitioner's hearing were unintelligible, the record was adequate and capable of review. The determination of respondent was supported by substantial evidence (see *Matter of Pell v Board of Educ.,* 34 NY2d 222). Mollen, P. J., Lazer, Gibbons and Brown, JJ., concur.

■ In the Matter of the Estate of EVA P. ROCK, Deceased. RONALD E. ROCK, Appellant; KEITH EVANS, Respondent. — In an accounting proceeding, the appeal is from a decree of the Surrogate's Court, Dutchess County (Benson, S.), dated September 28, 1983, which, *inter alia,* denied appellant's application to vacate a default in appearance and settled the account of the executor.

Decree reversed, on the law and in the exercise of discretion, without costs or disbursements, and matter remitted to the Surrogate's Court, Dutchess County, for further proceedings consistent herewith.

A review of the entire record convinces us that it was an improvident exercise of discretion to deny appellant's application to vacate his default (see *Smith v Waldbaum's Supermarket,* 99 AD2d 530; *Matter of Kline,* 59 Misc 2d 27). Further, the merits may only be resolved following a hearing (see SCPA 1808, subd 5; *Matter of Starr,* 86 AD2d 829). Titone, J. P., Lazer, Bracken and Boyers, JJ., concur.